1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8    LARRY PAGE,                              No. C 04-1009 SI (pr)
9              Petitioner,                    **ORDER**
10         v.
11   DAVID L. RUNNELS, warden,
12             Respondent.
                                        /
13
14         Petitioner has filed a notice of appeal and request for a 60-day extension of time to file
15   a request for a certificate of appealability.  Upon due consideration, the court GRANTS a limited
16   extension of time for the petitioner to file a request for a certificate of appealability.  (Docket #
17   30.)  Petitioner must file his request for a certificate of appealability no later than **January 12,**
18   **2007**.  No further extensions of this deadline will be granted.
19         IT IS SO ORDERED.
20   DATED:  November 15, 2006          _____
                                              SUSAN ILLSTON
21                                          United States District Judge
22
23
24
25
26
27
28