UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY PAGE,<br><br>    Petitioner,<br><br>  v.<br><br>DAVID L. RUNNELS, warden,<br><br>    Respondent.<br>_____ / | No. C 04-1009 SI (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

    Petitioner's request for a certificate of appealability is DENIED because he has not "made a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2). (Docket # 32.) The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

    IT IS SO ORDERED.

DATED: January 19, 2007

                                                    SUSAN ILLSTON<br>
                                        United States District Judge